UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSEIN HAMIDI,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, and STATE DEPARTMENT,<br><br>Defendants. | No. 2:19-cv-2434 MCE DB PS<br><br>ORDER |

Plaintiff Hossein Hamidi is proceeding pro se in this action. The case has been referred to the undersigned pursuant to Local Rule 302(c)(21). Named in the complaint as defendants are the United States Department of Homeland Security and the United States State Department. (Compl. (ECF No. 1) at 3.) On February 10, 2020, plaintiff filed purported proofs of service. (ECF Nos. 4 & 5.)

However, plaintiff's purported proofs of service merely reflect that plaintiff mailed documents to two individuals in Washington, D.C.: "K. Lusby" and "R. Martin." (ECF No. 4 at 1; ECF No. 5 at 1.) Plaintiff is advised that Federal Rule of Civil Procedure 4 provides that

> To serve the United States, a party must:
>
> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the

1

United States attorney designates in a writing filed with the court clerk--or

(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

(2) Agency; Corporation; Officer or Employee Sued in an Official Capacity. To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

Fed. R. Civ. P. 4(i)(1)-(2).

Here, plaintiff's purported proof of services do not comply with the requirements of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that:

1. Within sixty days of the date of this order plaintiff shall file proof of service on the defendants that comply with the Federal Rules of Civil Procedure and the Local Rules of Practice; and

2. Plaintiff is cautioned that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days after the complaint was filed.

DATED: April 13, 2020 /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE