1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    HOSSEIN HAMIDI,                          No.  2:19-cv-2434 MCE DB PS

12
                        Plaintiff,
13                                             ORDER TO SHOW CAUSE

14          v.

15    U.S. DEPARTMENT OF HOMELAND
      SECURITY, (USCIS),
16
                        Defendants.
17

18          Plaintiff Hossein Hamidi is proceeding in this action pro se.  This matter was referred to

19    the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On

20    December 5, 2019, plaintiff filed a complaint, paid the applicable filing fee, and summons issued.

21    (ECF Nos. 1 & 2.)  Plaintiff filed purported proofs of service on February 10, 2020, and June 10,

22    2020.  (ECF Nos. 4, 5 & 7.)  It appears from these filings that plaintiff simply "sent by mail,"

23    summons to an address in Washington, D.C.  (ECF No. 7 at 3.)

24          Plaintiff is advised that pursuant to Rule 4 of the Federal Rules of Civil Procedure:

25          To serve the United States, a party must:

26          (A)(i) deliver a copy of the summons and of the complaint to the
            United States attorney for the district where the action is brought--or
27          to an assistant United States attorney or clerical employee whom the
            United States attorney designates in a writing filed with the court
28          clerk--or

                                            1

(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

(2) Agency; Corporation; Officer or Employee Sued in an Official Capacity. To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

Fed. R. Civ. P. 4(i)(1). Moreover, Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days after the complaint was filed.

However, in light of plaintiff's pro se status and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within twenty-eight days of the date of this order as to why this case should not be dismissed for lack of prosecution[1]; and

2. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed[2].

DATED: October 16, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, plaintiff may comply with this order by effecting proper service on a defendant.

[2] If plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.